1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,

11            Respondent,                          No. CR S-99-0051 GEB PAN P

12        vs.

13    JAVIER MORA,

14            Movant.                              ORDER

15    _____/

16            Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set

17    aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The claims styled as movant's first

18    three grounds for relief are not cognizable on this § 2255 motion.  See United States v. Cruz, 423

19    F.3d 1119 (9th Cir. 2005) (United States v. Booker, __ U.S. __, 125 S.Ct. 738 (2005) "does not

20    apply retroactively to convictions that became final prior to its publication.")  The court therefore

21    intends to recommend denial of these claims.  Since movant may be entitled to the requested

22    relief if he can establish the violation of his constitutional rights raised in his fourth claim for

23    relief, alleging ineffective assistance of counsel, respondent is directed to file an answer to that

24    claim within thirty days of the effective date of this order.  See Rule 4, Rules Governing Section

25    2255 Proceedings.

26    /////

                                                      1

1    Respondent shall include with the answer any and all transcripts or other

2  documents relevant to the determination of the issues presented in movant's fourth claim for

3  relief.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on

4  or before thirty days from the date respondent's answer is filed.

5    The Clerk of the Court shall serve a copy of this order, together with a copy of

6  movant's motion, on the United States Attorney or his authorized representative.

7  DATED:  March 30, 2006.

8

9  _____
   UNITED STATES MAGISTRATE JUDGE

10

11  12
    mora0051.206
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26