IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,　　　　　　　　　　　No. CR S-99-0051 GEB PAN P

  vs.

JAVIER MORA,

    Movant.　　　　　　　　　　　<u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed March 31, 2006, this court set a briefing schedule for disposition of the motion. On April 10, 2006, respondent filed a motion to dismiss on the grounds that movant's motion is barred by the statute of limitations. On April 13, 2006, movant filed a document styled as a request for a continuance. In the request, which predates the filing of respondent's motion to dismiss, movant contends that he is without access to his legal materials and is awaiting a disciplinary transfer to another federal correctional facility. Good cause appearing, movant will be granted a period of sixty days in which to file and serve an opposition to respondent's motion to dismiss.

        In accordance with the above, IT IS HEREBY ORDERED that within sixty days from the date of this order movant shall file and serve an opposition, if any he has, to

1

respondent's April 10, 2006 motion to dismiss.  Respondent's reply, if any, shall be filed and served not later than ten days thereafter.  Movant is cautioned that failure to file an opposition in accordance with this order may result in a recommendation that his § 2255 motion be dismissed.

DATED: May 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
mora0051.236