IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,    2:99-cr-0051-GEB-EFB-P

    vs.

JAVIER MORA,

    Movant.    ORDER

                          /

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On June 11, 2009, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty days. Movant has not filed objections to the findings and recommendations.[1]

---

[1] Although it appears from the file that movant's copy of the findings and recommendations was returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the analysis.  Accordingly, IT IS HEREBY ORDERED that:
3     1. The findings and recommendations filed June 11, 2009, are adopted in full;
4     2. This action is dismissed for movant's failure to prosecute.  *See* Fed. R. Civ. P.
5  41(b); Rule 12, Rules Governing § 2255 Cases; Local Rule 11-110;
6     3. The Clerk is directed to terminate docket numbers 332, 333 and 337; and
7     4. The Clerk is directed to close the companion civil case, No. CIV S-05-1752
8  GEB EFB P.

Dated:  September 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

at the record address of the party is fully effective.

2