UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Garland  E. Burrell Jr.
United States District Judge
Sacramento, California

                              **RE:  Javier  Mora**
                                    **Docket Number:  2:99CR00051-005**
                                  **PERMISSION TO TRAVEL**
                                  **OUTSIDE THE COUNTRY**


Your Honor:


Javier Mora  is requesting permission to travel to Mexico.   He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On September 22, 2000, Javier Mora was sentenced for the offense of 21 USC 846, 841(a)(1) – Conspiracy to Manufacture and to Possess Methamphetamine with Intent to Distribute.

**Sentence Imposed:**   188 months custody Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment.  Special conditions include:  Warrantless search, financial disclosure, correctional treatment, drug testing, pager/cellular phone restrictions, abstain from alcohol, co-payment plan for treatment/testing, and register as a drug offender.

**Dates and Mode of Travel:**  He does not know the exact travel dates but will provide them once the Court approves his travel request and he secures his flight arrangements.

**Purpose:**  Mr. Mora's father recently died and his mother wants to visit with family.  Mr. Mora plans to fly to Mexico and accompany his mother home.  He only plans to stay for a day or two and return home.

1

**RE:**     Javier Mora
         Docket Number: 2:99CR00051-005-
         <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully submitted,

*/s/ Kris M. Miura*

**KRIS M. MIURA**
**United States Probation Officer**

Dated:    May 1, 2014
          Elk Grove, California
          KMM/sda

           */s/ Deborah A. Spencer*
**REVIEWED BY:**    **DEBORAH A. SPENCER**
                         **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved      ☐     Disapproved

**Dated: May 1, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge